UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-2495 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: May 7, 2025

Respectfully submitted,

/s/ *Sean T. Malone*
SEAN T. MALONE
(OR0010)
Attorney at Law
259 E. 5th Ave, Ste 200-C
Eugene OR 9401
(303) 859-0403
seanmalone8@hotmail.com

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/Kimberly A. Stratton*
KIMBERLY A. STRATTON, P.A. Bar #327725
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Ph: (202) 417-4216
Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*